UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
                                    FILED
                                    FEB 2 4 2012
                                    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY           DEPUTY
```

| UNITED STATES OF AMERICA, | CASE NO. 11CR5419-L |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| IRMA PEREZ MARTINEZ (2), | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment:

    26:5861(d) AND 5871 - UNREGISTERED FIREARM

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 21, 2012

M. James Lorenz
U.S. District Judge